IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLYDE MCCOY II, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3137 |
| | ) | |
| v. | ) | |
| | ) | |
| COLORADO SPRINGS HOUSING AUTHORITY, NADINE GARCIA, LISA PACHECCO, and U.S. DEPARTMENT OF HOUSING & URBDEVELOPMENT, | ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a Motion to Amend and Add a Respondent/Dependent (Filing No. 15). I will grant Plaintiff's motion, but Plaintiff will be barred from filing any further amendments to his Complaint until after the court has conducted an initial review pursuant to 28 U.S.C. § 1915(e)(2). Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Amend and Add a Respondent/Dependent (Filing No. 15) is granted;

2. The Clerk of Court shall add as Defendants in this case those listed on page 1 of Plaintiff's Motion (Filing No. 15 at CM/ECF p. 1);

3. The Clerk of Court shall file a photocopy of Filing No. 15 and docket it as a Supplemental Complaint; and

4.	Plaintiff shall not file any further amendments to his Complaint until after the court has conducted an initial review pursuant to 28 U.S.C. § 1915(e)(2).

DATED this 29th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge