IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLYDE MCCOY II, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3137 |
| | ) | |
| v. | ) | |
| | ) | |
| COLORADO SPRINGS HOUSING AUTHORITY, NADINE GARCIA, LISA PACHECCO, U.S. DEPARTMENT OF HOUSING & URBDEVELOPMENT, NORTH PLATTE HOUSING AUTHORITY, and SHAWNA CARPENTER, Individually And In Her Professional Capacity, Executive Director, | ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

On February 5, 2019, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted by March 6, 2019. (Filing No. 19.) The court warned Plaintiff that "Failure to file an Amended Complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 14th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge